SEALED MATTER

AUSA Mollie O'Rourke 313-226-9137
Special Agent FBI SA Michael Garland 734-623-1204

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
ADAM PAUL SAVADER

Case:2:13-mj-30236
Judge: Unassigned,
Filed: 04-17-2013 At 03:32 PM
RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2012 - February 2013__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 875(d) | Internet Extortion |
| 18 U.S.C. section 2261A(2) | Cyber stalking |

FILED
APR 17 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Michael T. Garland, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: April 17, 2013

City and state: Detroit, Michigan

_____
Judge's signature
Mark A. Randon, United States Magistrate Judge
Printed name and title

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Michael T. Garland, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), New York Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI for 23 years, and am currently assigned to the Detroit Division, Ann Arbor Resident Agency. While employed by the FBI, I have investigated federal criminal violations. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. Affiant is conducting an investigation into crimes involving cyber stalking and extortion in violation of Title 18, United States Code, Sections 875(d) and 2261A(2). Based on evidence made known to Affiant, discovered during this investigation, Affiant has probable cause to believe that evidence related to these offenses were committed by Adam Savader who is currently residing in Great Neck, New York.

4. The statements in this Affidavit are based on information provided to me through my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Adam Savader, violated Title 18, United States Code, Sections 875(d) and 2261A.

### I. APPENDIX

5. Attached to this Affidavit is APPENDIX which is a summary of the information below as it relates to phone numbers utilized in the commission of the above offenses. The purpose of

the APPENDIX is to consolidate the information in table form to assist the court in understanding the facts and circumstances surrounding Affiant's investigation.

## II. BACKGROUND OF THE INVESTIGATION

6. On September 30, 2012, Victim 1, date of birth, XX, XX, 1992, a student at a university, within the Eastern District of Michigan, filed a complaint with a local Police Department. The complaint was filed after she received several threatening text messages from an unknown person. This unknown person claimed to possess nude photos of Victim 1 and threatened to release these photos, to her family, unless she sent additional naked photos of herself to the unknown person. The text messages originated from Google Voice numbers (424) 646-3021, (424) 234-1928 and (407) 205-9871. Google Voice numbers are Voice Over IP (VoIP) Telephone accounts maintained by Google, Inc.

7. One of the text messages directed Victim 1 to a link on the picture-sharing website photobucket.com. When Victim 1 clicked on this link, she observed naked photos of herself. These photos had been previously stored in Victim 1's personal American OnLine (AOL) e-mail account. Victim 1 never distributed or shared the pictures with anyone. Victim 1 never posted the pictures on any website including photobucket.com.

8. The unknown individual that sent her the text messages identified himself as "John Smith". "John Smith" threatened to send the photos to Victim 1's parents and to others if she did not comply with his request for additional naked photos of herself. He also asked Victim 1 a series of personal questions, relating to sexual preferences, positions, etc. Victim 1 attempted to call the telephone number from which the messages had originated, but received a recording from Google Voice saying that the subscriber to the number was not available.

9. The investigation was assigned to a detective with the local police department. On October 8, 2012, the detective met with Victim 1, her mother, and the family attorney. The detective interviewed Victim 1 who provided the following information:

a. In May, 2012, Victim 1 took six nude photos of herself, using an iPhone cellular telephone. Victim 1 uploaded the photos to her personal, password protected AOL account. She had intended to send them to her now former boyfriend, an individual now living in England. Victim 1 never sent the photos and they remained stored in her AOL account. Victim 1 never shared the photos with anyone nor had she ever granted authority to anyone to access her AOL account. Victim 1's former boyfriend never had access to her AOL account;

b. In June, 2012, Victim 1 noticed that every time she logged into her AOL account, she was prompted to respond to a security question and had to change her password. On September 30, 2012, Victim 1 received a text message on her cellular phone which originated from telephone number (424) 646-3021, a Google Voice number. The author of the text message identified himself as "John Smith" and made the aforementioned threats (that he had nude photos of her and that he would send the nude photos of Victim 1 to her parents and friends if she did not send him additional photos); and

c. Smith knew the names of her parents and displayed a Facebook picture of her mother to demonstrate his knowledge of her family. Victim 1 said that she felt frightened and terrorized by his comments. Victim 1 provided the detective three of the photographs that she had stored in her AOL account. The detective reviewed the photographs of Victim 1 which showed her sitting naked in a bubble bath. The photos were entered into evidence at the local police department. Victim 1 also transcribed all of the text messages she received from "Mr. Smith" and provided them to the detective. Victim 1 pledged her full cooperation and said that if the person was identified, she would like for him to be prosecuted.

10. The first text message received by Victim 1 from "John Smith" was on September 30, 2012, at 11:25 p.m. The text message originated from Google Voice number (424) 646-3021, and the text messaging continued until approximately 3:10 a.m. that next morning. It was during this exchange that Smith claimed to have nude images of Victim 1 and threatened to send them to her parents. At this point, Smith displayed a Facebook photograph of Victim 1's mother, presumably to demonstrate that he had access to her parents.

    "John Smith identified his Facebook account as

    http://www.facebook.com/profile.php?id=100004425793397."

11. On October 1, 2012, Victim 1 received another text message from Smith which originated from Google Voice number (424) 646-3021. Again, Smith threatened to release Victim 1's nude photos and asked her personal and intimate questions relating to her sexual experiences and preferences. He also told her that he was masturbating to her photos.

12. Victim 1 received the third text message from "John Smith" on October 14, 2012, at approximately 9:38 p.m. The messages originated from Google Voice number (424) 234-1928 and concluded at approximately 12:54 a.m. that next morning. During this exchange, Smith told Victim 1 that he was masturbating to her photos and again threatened to distribute the nude photographs of Victim 1.

13. On October 26, 2012, at approximately 11:44 p.m., Victim 1 received another text message from (424) 234-1928. The message was "hey". Victim 1 did not reply to the message.

14. On October 31, 2012, at approximately 2:38 p.m., Victim 1 received a fifth text message which read, "hey sexy". She responded by saying, "I said it before but I guess you did not understand...stop texting me!"

15. On November 14, 2012, at approximately 10:27 p.m., Victim 1 received a text message from Google Voice number (407) 205-9871 which informed her that he was the same person who had the nude photos of her and directed Victim 1 to the picture-sharing Photobucket website

where she could view nude photos of herself. Victim 1 viewed the Photobucket site and found nude photographs of her.

16. Pursuant to a court order, the detective determined that two of the Google voice numbers used to contact Victim 1, (424) 646-3021 and (424) 234-1928, were created shortly before the initial contact with Victim 1 on September 30, 2012, and that IP address 76.118.164.178 was used to create both of the Google numbers. Google reported that e-mail address "loginrandom1@gmail.com" was used to create (424) 646-3021, and e-mail address "loginrandom001@gmail.com" was used to create (424) 234-1928. The Google records showed that the forwarding telephone number for Google Voice number (424) 646-3021 was (516) 639-9518, and the forwarding numbers for Google Voice number (424) 234-1928 were (424) 277-2229 and (424) 543-6405. The phone number (516) 639-9518 was a phone number registered to AT&T.

17. AT&T advised that the billing party for telephone number (516) 639-9518, the forwarding number associated with Google Voice number (424) 646-3021, was Mitchell Savader, 2 Hutchinson Court, Great Neck, New York. AT&T identified the user of the phone number as Adam Savader, at the same residence in Great Neck, New York.

18. Adam Savader and Victim 1 are both from Great Neck, NY.

19. A court order to Comcast, the Internet Service Provider (ISP) for Internet Protocol (IP) address 76.118.164.178, which is the IP address that was used to create both of the Google Voice numbers that contacted Victim 1, showed IP address 76.118.164.178 registered to an individual located in North Quincy, Massachusetts. Information developed during the investigation showed that Savader was friends with and was living with that individual at that address in September and October 2012. Savader had a bedroom at the North Quincy address during September and October 2012.

20. A court order to Verizon, the ISP for IP address 71.125.52.2, which was the IP address used to create the Photobucket account that housed the nude photos of Victim 1, showed that the

IP address was registered to Mitchell Savader at his residence on 2 Hutchinson Court, Great Neck, New York. The internet account was created on September 1, 2010 and remains active.

### III. ADDITIONAL VICTIMS

21. A review of the Google Voice records for numbers (424) 646-3021 and (424) 234-1928 revealed other probable victims who were contacted using one or both of the Google Voice numbers. These additional victims are identified below.

22. Victim 2, date of birth XX, XX, 1994, was contacted via text message by Google Voice number (424) 646-3021 on October 2, 2012 at 3:36 p.m.. The following information was collected regarding Victim 2:

    a. Victim 2 was a college student living outside of the Eastern District of Michigan. In the text, Victim 2 was told that the sender of the message had a nude picture of Victim 2's mother and threatened to send the photo to others, including Victim 2's father;

    b. On October 14, 2012 at 9:34 p.m., Victim 2 was contacted via text message from a person using Google Voice number (424) 234-1928 that identified himself as "the person with the nude pics of your mom". In that text message exchange, the person using Google Voice number (424) 234-1928 told Victim 2 that he will "ruin your moms [sic] life";

    c. In or around the summer of 2012, Victim 2's mother noticed that every time she logged into her AOL account, she was prompted to respond to a security question and had to change her password; and

    d. Adam Savader and Victim 2 are from neighboring towns on Long Island, New York.

23. Victim 3, also a college student received a text message from Google Voice number (646) 450-0740 on September 22, 2012. Victim 3's boyfriend had nude images of Victim 3 on a

private Facebook account that only Victim 3 and her boyfriend had access to. Neither Victim 3 nor her boyfriend ever shared the nude images of Victim 3 with anyone. The following information was collected regarding Victim 3:

a. In the text message, the writer threatened to send the nude pictures of Victim 3 to the Republican National Committee, Victim 3's parents and her sorority if she did not send more nude pictures of herself;

b. On October 15, 2012, Victim 3 received a text message from Google Voice number (424) 234-1928 from a person who identified himself as "the person with the nude photos of you". In the text messages to Victim 3, the writer threatened to send the nude pictures to "everyone" including people at Victim 3's internship;

c. On October 31, 2012, Victim 3 received a text message from another Google Voice number, (424) 235-3845, from a person who again identified himself as "the person with the nude photos of you". In the text messages to Victim 3, the writer threatened to send the nude pictures to Victim 3's parents, sorority sisters, and to Victim 3's boyfriend. Toward the end of the text messages, none of which were answered by Victim 3, the writer texted that he sent Victim 3's family a message on Facebook stating that he had pictures to show them of Victim 3 and that the pictures were "revealing";

d. Victim 3 and her boyfriend continued to receive text messages demanding that they send additional nude photos of Victim 3. Victim 3 estimated that on some days she would receive approximately eighty text messages which originated from telephone number (646) 450-0740. Victim 3 described the text messages as being relentless and continuing through the end of 2012;

e. On February 27, 2013, Victim 3 reported to law enforcement authorities that Adam Savader's Facebook profile shows that he was currently living in Great Neck, New York; and

  f. Adam Savader and Victim 3 attend the same college.

24. On September 21, 2012, Victim 4, date of birth XX, XX, 1991, a college student at the same university as Adam Savader and Victim 3, received a text message from Google Voice number (646) 450-0740.

25. Victim 4 had taken nude photos of herself during the summer of 2012, using an Android cellular telephone. Victim 4 uploaded the photos to her personal, password protected Gmail email account and had sent them to her boyfriend using her Gmail account. The following information was collected regarding Victim 4:

   a. In the text message, the writer stated that he had sent the nude pictures he had of Victim 4 to her Facebook account. Victim 4 logged into her Facebook profile and saw a message containing the nude pictures;

   b. Victim 4 never shared the photos with anyone besides her boyfriend nor had she ever granted authority to anyone to access her Gmail account. Victim 4 recalled that, toward the beginning of the summer of 2012, she received an alert from Gmail stating that her account had been compromised and prompted her to change her password;

   c. Through September – December 2012, Victim 4 received a series of text messages from various Google Voice numbers including (424) 234-1928 (which had been previously used to send threatening text messages to Victims 1, 2, and 3) and (424) 235-3845, all of which focused on threats to send nude pictures of Victim 4 to her friends and contacts;

   d. As an example, on October 30, 2012, and continuing into October 31, 2012, Victim 4 received text messages from Google Voice number (424) 235-3845, one of which stated: "WAIT! Listen to me. If we don't have a deal I will send the pictures to those people. Is that what u want? remember what's at stake. do u

-8-

want ur family and everyone in DC to see ur tits? Just agree to e-mail me a pic of u in a bra"; and

    e. Adam Savader, Victim 3, and Victim 4 all attend the same college.

26. On September 30, 2012, Victim 5, a college student at the same college as Adam Savader, Victim 3, and Victim 4, received a text message from Google Voice number (424) 646-3021. The following information was collected regarding Victim 5:

    a. The writer stated that he had a compromising photograph of Victim 5 which he threatened to distribute unless she accepted him as a Facebook friend;

    b. Victim 5 had never taken a nude photograph of herself. When Victim 5 was 16 years-old, she embraced and kissed her younger sister at a high school party. Unbeknownst to Victim 5, someone took a picture of the kiss. The person who texted Victim 5 from (424) 646-3021 sent this picture to Victim 5. Victim 5 first learned of the existence of this picture when she received the picture in the text message;

    c. Victim 5 stated that she attended a high school in Long Island where she was befriended by Adam Savader. Victim 5 stated that while in high school, she received frequent text messages from Savader who became obsessed with her. She said that Savader sent her gifts and told friends that he was dating her which was not true. Victim 5 said that Savader ceased his activities only after Victim 5 informed him that she would obtain a restraining order against him if he did not desist; and

    d. Victim 5 stated that Savader resumed sending her gifts when she began attending college. Savader attended the same college as Victims 3, 4 and 5.

27. A review of the text messages originating from Google Voice number (424) 646-3021 revealed that on October 2, 2012, text messages were sent to Victim 6, who is presently unidentified. The following information was collected regarding Victim 6:

    a. In the text messages, the writer stated that he had a "ton of nude pics" of Victim 6 and that he would send them to her parents unless she told him not to;

    b. When Victim 6 replied, "please don't", she received a response text stating "I think I will, to tons of people. Wouldn't that be hot?"; and

    c. Victim 6 also received a text that the writer was masturbating to her pictures.

28. Victim 7 was also identified from a review of the text messages originating from Google Voice number (424) 646-3021. The following information was collected regarding Victim 7:

    a. On September 30, 2012, Victim 7, who is presently unidentified, received a text message from Google Voice number (424) 646-3021 stating that the writer of the text message had nude photos and videos of Victim 7, including videos of Victim 7 masturbating;

    b. The writer threatened to send them to Victim 7's parents unless she said not to; and

    c. When Victim 7 asked him not to, the writer texted in reply, "I think I will". The writer requested that Victim 7 permit him access to her Facebook account so that he could show her the pictures. He identified his Facebook account as "facebook.com/profile.php?id=10000439254".

29. Victim 8 was also identified through a review of the text messages originating from Google Voice number (424) 646-3021. The identity of Victim 8 is presently unknown. On October 2, 2012, Victim 8 received a text message from Google Voice number (424) 646-3021. The text message stated that the writer had nude photos of Victim 8 and that he was thinking of sending them to her parents unless she answered him.

30. Victim 9 also received text messages from Google Voice number (424) 646-3021. Victim 9's identity is presently unknown. On October 2, 2012, Victim 9 received a text messages from Google Voice number (424) 646-3021 stating that the writer had nude photos of Victim 9.

The writer threatened to send the photographs to Victim 9's parents unless she answered him.

31. Victim 10, who resides in New York, also received text messages that originated from Google Voice number (424) 646-3021. The following information was collected regarding Victim 10:

    a. On October 2, 2012, Victim 10 received a text message from Google Voice number (424) 646-3021 stating that the writer had nude photos of Victim 10 that he threatened to distribute unless Victim 10 accepted him as a Facebook friend;

    b. Victim 10 advised law enforcement authorities that in July 2012, her Gmail account had been compromised and a series of nude images that she had stored in the account had been accessed and taken without her permission;

    c. Victim 10 reported that she also received text messages regarding the nude photos from Google Voice number (424) 234-1928 on October 14, 2012; and

    d. Victim 10 attended high school in New York at the same school as Adam Savader.

32. A review of text messages originating from Google Voice number (424) 235-3845 revealed that Victim 11, who is presently unidentified, received threatening text messages similar to those received by Victims 1 through 10. The following information was collected regarding Victim 11:

    a. On October 30, 2012, Victim 11 received a text message from Google Voice number (424) 235-3845 in which the writer stated that he had nude photos of Victim 11;

    b. The writer threatened to send the photos to Victim 11's parents and friends unless she told him not to: "Do it from ur phone RIGHT NOW!!!!!!!!!!!!! I swear to god don't be stupid. U don't want every1 [sic] including your parents seeing your tits ass and pussy. Accept it now!! This is what I will send ur mom with the pics

-11-

unless u accept now "thought u would want to see these pics of your baby girl. They're very revealing. About to send them to every1 so she is a star";

    c. Victim 11 continued to receive text messages from Google Voice number (424) 235-3845 stating that the photos would be released unless she added the writer as a Facebook friend;

    d. When Victim 11 replied that she did not know what he wanted from her, the writer responded in a series of text messages; "I want you to answer me and not take 10 minutes between messages. Let's try this from scratch. How are you? IT SHOULD NOT TAKE YOU THIS LONG TO ANSWER A FUCKING QUESTION!!!. If you want to cooperate Im (sic) going to need you to answer more quickly";

    e. When Victim 11 responded that she is trying to understand what he wants and that she prefers to speak to him on the phone, the writer of the text messages replied, "It is not happening. I will tell you what I want over Facebook. The alternative is I send people the photos. Which would you prefer?"; and

    f. The writer concluded the text exchange by stating, "we will continue this tomorrow! I swear on all that is holy. If you fuck with me again I will send these to your parents. I have no problem sending them to ur [sic] parents, friends and sorority sisters unless you cooperate by answering me".

33. Google Voice number (424) 235-3845 was created on October 30, 2012, using IP address 70.192.12.51. A federal Grand Jury subpoena for information relating to this IP address is pending. The account was created using the email address of loginrandom0001@gmail.com, which is similar to loginrandom1@gmail.com, the email address used to create Google Voice number (424) 646-3021.

34. Both Google Voice accounts used the account name of "John Smith" in creating the account. Google Voice number (424) 235-3845 was identified through a review of text

messages to Victims 3 and 4 who received threatening messages originating from that Google Voice number.

35. A review of text messages from Google Voice number (407) 205-9871 revealed additional victims. Google Voice number (407) 205-9871 was identified by Victim 1 as the originating number for a series of threatening text messages that she received in November, 2012. Further investigation has revealed that the account for Google Voice number (407) 205-9871 was created on November 15, 2012 in the name of "John Smith", the same name used to create Google Voice numbers (424) 235-3845, (424) 646-3021 and (424) 234-1928. The email address associated with the creation of Google Voice number (407) 205-9871 is johnsmithlogin2@gmail.com. IP address 71.125.52.2 was used to create the account and this IP address is registered to Mitchell Savader, 2 Hutchinson Court, Great Neck, New York. As noted in paragraph 20 of this affidavit, IP address 71.125.52.2 was also used to create the photobucket account that housed nude photos of Victim 1.

36. On November 15, 2012, Victim 12 received a text message from Google Voice number (407) 205-9871 stating that the writer had nude photos of Victim 12 which he would release to her parents unless she tells him not to. Victim 12 has not been presently identified.

37. On November 16 and 17, 2012, Victim 13 received text messages from Google Voice number (407) 205-9871 stating that the writer has nude photos of her that he would send to everyone unless she answered him. Victim 13 has not been identified.

38. On November 16, 2012, Victim 14 received a text message from Google Voice number (407) 205-9871 stating that he was pleasuring himself to a photo of her in a bikini and asking her if she liked that. Victim 14 has not been identified.

39. On April 2, 2012, the United States Attorney's Office, Eastern District of Michigan, was contacted by a student, hereafter identified as Victim 15, who attends the same college as Adam Savader and Victims 3, 4 and 5. The following information was collected regarding Victim 15:

    a. Victim 15 reported that beginning on March 31, 2013, and continuing through April 1, 2013, she received text messages from telephone numbers (323) 515-2291 and (415) 598-8501. Subscriber information for these numbers is currently unavailable;

    b. The writer of the text messages said that he thinks she is gorgeous and that someone sent him dirty pictures of Victim 15. The writer asked Victim 15 if he should send them around and for her to tell him that he should not; and

    c. When Victim 15 did not reply, the writer stated, "I guess I am gonna post em". Victim 15 said she felt like she was being blackmailed and was so alarmed that she filed a police report with the university police.

40. A female student who attends the same college as Victims 3, 4, 5 and 15, stated that in June/July 2012, she was notified that her email account had been compromised and her passwords had been changed. In October/November, 2012, she began to receive blocked calls from a male caller who asked her about her lingerie and shoe size. The calls eventually ceased and she did not make a police report.

41. The female student said that she is acquainted with Adam Savader and said that his telephone number is (516) 639-9518. This is the forwarding telephone number used to create Google Voice number (424) 646-3021.

42. As noted in paragraph 17 of this affidavit, the billing party for this number is Mitchell Savader, 2 Hutchinson Court, Great Neck, New York, and the user of that cellular telephone number is Adam Savader.

43. An inquiry with the New York State Department of Motor Vehicles shows that Adam Savader has a New York driver's license registered to 2 Hutchinson Court, Great Neck, New York.

## IV. CONCLUSION

44. Affiant respectfully submits that there is probable cause to believe that Adam Savader has committed and is continuing to commit internet extortion, in violation of Title 18, Section 875(d), and cyber stalking, in violation of Title 18, United States Code, Section 2261A(2), by using multiple Google Voice numbers to establish contact with multiple female victims.

_____
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 17th day of April, 2013.

_____
HONORABLE MARK A RANDON
UNITED STATES MAGISTRATE JUDGE

## APPENDIX

| Google Voice Number ("GVN") | Text Messages Sent To | Google Voice Number Resolves To | Victim Relationship to Savader |
|---|---|---|---|
| (424) 646-3021 | Victim 1 | - Sender ID'd himself as "John Smith"<br>- GVN created shortly before 9/30/12 with IP address 76.118.164.178<br>- IP address used to create GVN was registered to an individual's house in Quincy, MA during time when Savader was living with that individual in Quincy<br>- Loginrandom1@gmail.com used to create GVN<br>- Forwarding number for GVN is Savader's cellular phone number (516-639-9518) | Victim 1: Same hometown as Savader |
| | Victim 2 | | Victim 2: From neighboring town to Savader's |
| | Victim 3 | | Victim 3: Attends same college as Savader |
| | Victim 5 | | Victim 5: Attended same high school and same college as Savader |
| | Victim 6 | | Victim 6: Presently unidentified |
| | Victim 7 | | Victim 7: Presently unidentified |
| | Victim 8 | | Victim 8: Presently unidentified |
| | Victim 9 | | Victim 9: Presently unidentified |
| | Victim 10 | | Victim 10: Presently unidentified |
| (424) 234-1928 | Victim 1 | - GVN created shortly before 9/30/12 with IP address 76.118.164.178<br>- IP address used to create GVN was registered to an individual's house in Quincy, MA during time when Savader was living with that individual in Quincy<br>- Loginrandom001@gmail.com used to create GVN | Victim 1: Same hometown as Savader |
| | Victim 2 | | Victim 2: From neighboring town to Savader's |
| | Victim 3 | | Victim 3: Attends same college as Savader |
| | Victim 4 | | Victim 4: Attends same college as Savader |
| | Victim 10 | | Victim 10: Presently unidentified |

**APPENDIX**

| Google Voice Number ("GVN") | Text Messages Sent To | Google Voice Number Resolves To | Victim Relation/Ship to Savader |
|---|---|---|---|
| (407) 205-9871 | Victim 1 | - Name on GVN account is "John Smith"; email associated with GVN account is johnsmithlogin2@gmail.com | Victim 1: Same hometown as Savader |
| | Victim 12 | - GVN account created with IP address 71.125.52.2, which is registered to Mitchel Savader at 2 Hutchinson Court, Great Neck, NY | Victim 12: Presently Unidentified |
| | Victim 13 | - GVN sent Victim 1 link to photobucket.com site with nude pictures of her; the IP address used to create this GVN is same IP address used to create photobucket site (71.125.52.2), this IP address registered to Mitchel Savader at 2 Hutchinson Court, Great Neck, NY | Victim 13: Presently unidentified |
| | Victim 14 | | Victim 14: Presently unidentified |
| (646) 450-0740 | Victim 3 | - Subpoena for information related to this GVN is pending | Victim 3: Attends same college as Savader |
| | Victim 4 | | Victim 4: Attends same college as Savader |
| (424) 235-3845 | Victim 3 | - Name on GVN account is "John Smith" | Victim 3: Attends same college as Savader |
| | Victim 4 | - GVN account created on 10/30 with IP address 70.192.12.51; IP address created using loginrandom0001@gmail.comLoginrandom1@gmail.com used to create GVN | Victim 4: Presently Unidentified |
| | Victim 11 | - Subpoena for information related to IP address is pending | Victim 11: Presently unidentified |